UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
IFTIKHAR SAIYED,                        )
                                        )
            Plaintiff,                   )
                                        )
      v.                                 )        Civil Action No. 10-0022 (PLF)
                                        )
COUNCIL ON AMERICAN-ISLAMIC             )
RELATIONS ACTION NETWORK, INC.,         )
                                        )
            Defendant.                   )
_____)


ORDER

      For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

      ORDERED that [6] the defendant's motion to consolidate this case with Civil Action

No. 10-0023 is GRANTED; it is

      FURTHER ORDERED that [9] the defendant's motion to dismiss the plaintiffs'

complaint is GRANTED in part and DENIED in part; it is

      FURTHER ORDERED that Count I of the complaint, alleging violations of the District

of Columbia Consumer Protection Act, is DISMISSED.  All other claims remain pending; and it is

      FURTHER ORDERED that this case is consolidated with Civil Action

No. 10-0023 for all purposes.

      SO ORDERED.


                              /s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge
DATE: September 30, 2010